IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00329–REB–KMT

RAFAEL TORRES, JR.,

    Plaintiff,

v.

THE COUNTY OF EL PASO, STATE OF COLORADO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Rafael Torres' Motion to Amend Complaint" (Doc. No. 22, filed June 2, 2014) is **GRANTED**, pursuant to Fed. R. Civ. P. 15(a)(2) (*see* Doc. No. 26). The Amended Complaint (Doc. No. 23) is accepted as filed.

"County Defendant's Motion to Dismiss Complaint and Jury Demand" (Doc. No. 9, filed April 11, 2014) is **DENIED** as moot, because it is directed at the now non-operative complaint.

Dated: June 3, 2014