## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00329-REB-KMT

RAFAEL TORRES, JR.

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO, STATE OF COLORADO

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge (Doc. No. 48)** of Judge Robert E. Blackburn entered on November 20, 2014. It is

ORDERED that **County Defendant's Motion to Dismiss Amended Complaint (Doc. No. 23) Pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a)** [#28], filed is June 12, 2014, is **GRANTED**. It is

FURTHER ORDERED that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**, and Defendant The Board of County Commissioners of the County of El Paso, State of Colorado is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 20th day of November, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                 By:  s/   A. Lowe

                              A. Lowe
                              Deputy Clerk